AO 450 (GAS Rev 09/20) Judgment in a Civil Case

# United States District Court
## Southern District of Georgia

ANGELA NAILS

Plaintiff,

v.

FNU, LNU

Defendants.

JUDGMENT IN A CIVIL CASE

CASE NUMBER: CV422-103

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that in accordance with this Court's order dated May 2, 2022, the Plaintiff's Complaint is dismissed without prejudice. This case stands closed.

May 2, 2022
Date

John E. Triplett, Clerk of Court
Clerk

*James R. Burell* (signature)
(By) Deputy Clerk

GAS Rev 10/2020